# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Guttry | Case No. 6:19-cv-00034 |
| Versus | Judge Michael J Juneau |
| Costco Wholesale Corp et al | Magistrate Judge Carol B Whitehurst |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that this action be remanded to the 15th Judicial District Court, Lafayette Parish, Louisiana, for lack of subject-matter jurisdiction.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 26th day of September, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE